| | |
|---|---|
| 1 | ALEXIS S. GUTIERREZ, ESQ. (Bar No. 190487) |
|   | agutierrez@higgslaw.com |
| 2 | EDWIN M. BONISKE, ESQ. (Bar No. 265701) |
|   | boniske@higgslaw.com |
| 3 | GEOFFREY M. THORNE, ESQ. (Bar No. 284740) |
|   | thorneg@higgslaw.com |
| 4 | HIGGS FLETCHER & MACK LLP |
|   | 401 West "A" Street, Suite 2600 |
| 5 | San Diego, CA  92101-7913 |
|   | TEL:  619.236.1551 |
| 6 | FAX:  619.696.1410 |
| 7 | PETER K. SOLECKI, ESQ. (Bar No. 159742) |
|   | psolecki@larsonsolecki.com |
| 8 | LARSON & SOLECKI LLP |
|   | 2366 Front Street, San Diego, CA 92101 |
| 9 | TEL:  619.231.8300, ext. 227 |
|   | FAX: 619.231.8320 |
| 10 | |
| 11 | Attorneys for Plaintiff |
|   | GREATER SAN DIEGO COUNTY |
| 12 | ASSOCIATION OF REALTORS®, INC. |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GREATER SAN DIEGO COUNTY ASSOCIATION OF REALTORS®, INC. a California Corporation, | | CASE NO. 16-CV-00096-MMA-KSC |
| | | **NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| Plaintiff, | | |
| | | **[F.R.C.P. 7.1 & Local Rule 40.2]** |
| v. | | |
| | | JUDGE:      Hon. Michael M. Anello |
| SANDICOR, INC., a California Corporation; NORTH SAN DIEGO COUNTY ASSOCIATION OF REALTORS®, a California Corporation, PACIFIC SOUTHWEST ASSOCIATION OF REALTORS®, a California Corporation, and DOES 1 through 20, inclusive, | | CTRM:        3A (3rd Floor-Schwartz) |
| | | CASE FILED:   January 14, 2016 |
| | | TRIAL DATE:    Not Assigned. |
| Defendants. | | |

/ / /

/ / /

/ / /

6136773.1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO DEFENDANTS:**

**PLEASE TAKE NOTICE**, counsel of record for Plaintiff GREATER SAN DIEGO COUNTY ASSOCIATION OF REALTORS®, INC. ("GSDAR") hereby certifies as follows:

1. GSDAR does not have a parent corporation; and,
2. No shareholder of GSDAR is a publicly held corporation owning more 10% of stock in the company.

DATED: February 24, 2016              HIGGS FLETCHER & MACK LLP

By:   */s/ Alexis S. Gutierrez*
ALEXIS S. GUTIERREZ, ESQ.
EDWIN M. BONISKE, ESQ.
GEOFFREY M. THORNE, ESQ.
Attorneys for Plaintiff
GREATER SAN DIEGO COUNTY ASSOCIATION OF REALTORS, INC.

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

6136773.1

2

Case No.: 16-cv-00096-MMA-KSC
NOTICE OF PARTY WITH FINANCIAL INTEREST

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record that have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system on February 24, 2016.  Any other counsel of record will be served by traditional means of service on this same date.

/s/Alexis S. Gutierrez
Alexis S. Gutierrez, Esq.

6136773.1

3

Case No.: 16-cv-00096-MMA-KSC
NOTICE OF PARTY WITH FINANCIAL INTEREST

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO