# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Michael M. Anello

| FROM: | RECEIVED DATE: |
|---|---|
| CASE NO.  16cv96-MMA (KSC) | DOC FILED BY:  Plaintiff |
| CASE TITLE:  San Diego Association of Realtors v. Sandicor, Inc. et al ||
| DOCUMENT ENTITLED:  Second Amended Complaint (Doc. No. 39) ||

Upon the submission of the attached document(s), the following discrepancies are noted:

**Noncompliance with Local Rule 15.1(c):**

**Amended Pleadings Filed After Motions to Dismiss or Strike.** Any amended pleading filed after the granting of a motion to dismiss or motion to strike with leave to amend, must be accompanied by a version of that pleading that shows---through redlining, underlining, strikeouts, or other similarly effective typographic methods---how that pleading differs from the previously dismissed pleading.

**Date Forwarded:** _____

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document is accepted despite the discrepancy noted above.  Plaintiff must file the required additional redlined version of the amended complaint in compliance with LR 15.1(c) within **3 days** of this notice. |
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to CivLocal Rule 83.1

Date:  August 3, 2016              CHAMBERS OF:  Michael M. Anello

cc: All Parties              By:   s/ Law Clerk