UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO ASSOCIATION OF REALTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDICOR, INC.; NORTH SAN DIEGO COUNTY ASSOCIATION OF REALTORS; and PACIFIC SOUTHWEST ASSOCIATION OF REALTORS, <br><br> Defendants. | Case No.: 16cv96-MMA (KSC) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE; AND** <br><br> [Doc. No. 140] <br><br> **DENYING EX PARTE MOTION TO ENFORCE JUDGMENT** <br><br> [Doc. No. 136] |

On April 20, 2018, the parties executed a settlement agreement (the "Settlement Agreement") and, on September 25, 2018, the parties filed a stipulation of dismissal of the above-captioned case. *See* Doc. Nos. 115, 134. The case was dismissed pursuant to the stipulation and the Court retained jurisdiction to enforce the settlement agreement. Doc. No. 135. On October 22, 2018, Defendants North San Diego County Association of Realtors ("NSDCAR") and Pacific Southwest Association of Realtors ("PSAR") filed an *ex parte* motion to enforce the settlement agreement. Doc. No. 136. Plaintiff filed a response in opposition (Doc. No. 138), to which PSAR and NSDCAR replied (Doc. No. 139). The matter was referred to United States Magistrate Judge Karen S. Crawford for

preparation of a Report and Recommendation pursuant to Title 28, section 636(b)(1). Judge Crawford issued a thorough and well-reasoned Report recommending that the motion be denied. Doc. No. 140.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). When the parties do not object to a Report and Recommendation, the district court is not required to conduct "any review at all." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc).

Here, objections to the Report and Recommendation were due no later than June 17, 2019. Doc. No. 140 at 20. To date, no objections have been filed. *See* Docket. The Court has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Accordingly, for the reasons set forth in the Report and Recommendation, **IT IS HEREBY ORDERED THAT:**

1. Judge Crawford's Report and Recommendation is **ADOPTED** in its entirety; and

2. PSAR and NSDCAR's Motion to Enforce Judgment (Doc. No. 136) is **DENIED**.

**IT IS SO ORDERED**.

Dated: June 24, 2019

Hon. Michael M. Anello
United States District Judge